IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:25-cr-597-ECM |
| | ) |
| TIMOTHY ALLEN SMITH | ) |

**MEMORANDUM OPINION and ORDER**

Jury selection and trial in this case are presently set on January 5, 2026, which is not one of the Court's regular Northern Division trial terms.[1] Before the Court is the Defendant's notice regarding trial setting (doc. 15), in which the Defendant represents he has no opposition to the trial being continued until January 20, 2026, a date which falls within the speedy trial period. Accordingly, for the reasons set forth below, the Court will continue jury selection and trial to January 20, 2026.

While the trial judge enjoys great discretion when determining whether continue a criminal trial, the Court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. § 3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986). The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

---

[1] January 5, 2026, is one of the Court's Southern Division trial terms, and the Court has multiple Southern Division criminal cases set for trial on that term.

18 U.S.C. § 3161(c)(1).

Here, the Defendant was arraigned on November 12, 2025. (*See* doc. 13). January 20, 2026, falls within the seventy-day speedy trial period. As indicated above, the Defendant does not oppose continuing the trial to January 20. For these reasons, a brief continuance of the trial to January 20, 2026, is warranted.

Accordingly, and for good cause, it is

ORDERED that jury selection and trial are CONTINUED from January 5, 2026, and are specially set on **January 20, 2026 at 10:00 a.m.** in **Montgomery**, Alabama. All deadlines tied to the trial date are adjusted accordingly.

DONE this 18th day of November, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE