IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-597-ECM |
| | ) | |
| TIMOTHY ALLEN SMITH | ) | |

## O R D E R

On April 15, 2026, the Magistrate Judge entered a Recommendation (doc. 49) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 49) is ADOPTED, and the Defendant's motion to suppress (doc. 25) is DENIED.

DONE this 19th day of May, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE